# Certification

I, Precious Brown,

As a duly authorized individual retained by **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY** entrusted to procure materials from the administrative system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that the attached copy of the Declaration and or Policy pages of policy made at or **PPGM0069708653-0** the time of this certification, is a true and accurate copy of that which has been kept in the normal course of business.

Date:        September 24, 2019

*P. Brown*

Signature

Precious Brown
Printed Name

Administrative Support Coordinator
Title

**Exh. ECF No. 1-4**

DEFENDANT 00089

# Your Insurance Identification Card



**Nationwide®**
is on your side

- **Detach** your identification cards along the perforated lines.
- **Keep** this card in your vehicle.
- **See** section following ID Cards for **What's enclosed.**

**Important Notice ...**

No person shall operate a motor vehicle on the public highways of Colorado without a complying policy in full force and effect. When an accident occurs, or when requested to do so following any lawful traffic contact or during any traffic investigation by a peace officer, no owner or operator of a motor vehicle shall fail to present to the requesting officer immediate evidence of a complying policy.

Wevina Duggan
John Duggan
5311 Walden CT
Denver CO 80249-8783

4 6 5 2 3 0 0 0 7 7 0 0 1 7

**ID Theft: One of the fastest growing crimes in the US**
Each year millions of people have their identities stolen and spend hundreds of hours trying to recover. Other companies send you a kit that you get to use to <u>spend hours and hours calling</u>  to correct identity theft problems. Allied's Identity Theft Coverage does this work for you.

You make ONE call, we do the rest; it's the most complete plan available AND credit monitoring is included FREE!

Call your Allied agent today to add this excellent protection!

*Coverage currently available only as a Homeowners Insurance endorsement. Annual premium added to homeowner insurance policy.

**Did you know...?**

Motorists who use cell phones while driving are **four times more likely to get into serious accidents.** Pull over and park it when on the phone.

Be smart, drive safe.

---

**Nationwide** | Colorado Insurance Identification Card

| Policy Number | | Effective Date | Expiration Date |
|---|---|---|---|
| PPGM0069708653-0 | | Nov 6 2017 | Nov 6 2018 |
| Year | Make/Model | Vehicle Identification Number (VIN) | |
| 2017 | BMW/640xi | WBAJE7C31HWA03230 | |

**24 Hour Claims 1.800.282.1446**
See the reverse side for more information.

Wevina Duggan
John Duggan
5311 Walden Ct
Denver, CO  80249-8783

Colorado Law requires evidence of motor vehicle insurance. This card meets this requirement and is satisfactory evidence if you are asked by an officer for evidence of a complying policy.

Nationwide Agribusiness Insurance Company
1100 Locust St Dept 1100
Des Moines, IA  50391-1100
NAIC Company Number: 28223

ID0005 (02 12)

---

**Nationwide** | Colorado Insurance Identification Card

| Policy Number | | Effective Date | Expiration Date |
|---|---|---|---|
| PPGM0069708653-0 | | Nov 6 2017 | Nov 6 2018 |
| Year | Make/Model | Vehicle Identification Number (VIN) | |
| 2009 | Hyundai/Sonata GI | 5NPET46C89H480603 | |

**24 Hour Claims 1.800.282.1446**
See the reverse side for more information.

Wevina Duggan
John Duggan
5311 Walden Ct
Denver, CO  80249-8783

Colorado Law requires evidence of motor vehicle insurance. This card meets this requirement and is satisfactory evidence if you are asked by an officer for evidence of a complying policy.

Nationwide Agribusiness Insurance Company
1100 Locust St Dept 1100
Des Moines, IA  50391-1100
NAIC Company Number: 282 

DEFENDANT 00090



**Did you know...?**

Motorists who use cell
phones while driving are
**four times more likely
to get into serious accidents.**
Pull over and park it when on the phone.

**ID Theft: One of the fastest growing crimes in
the US**

Each year millions of people have their
identities stolen and spend hundreds of hours
trying to recover. Other companies send you a
kit that you get to use to spend hours and hours
calling  to correct identity theft problems.
Allied's Identity Theft Coverage does this work
for you.

You make ONE call, we do the rest; it's the most
complete plan available AND credit monitoring
is included FREE!

Call your Allied agent today to add this
excellent protection!

*Coverage currently available only as a Homeowners
Insurance endorsement. Annual premium added to
homeowner insurance policy.

Be smart, drive safe.

 **Allied's _On Your Side_® Service
means fast and fair handling of
your claim.**

**24 Hour Claims 1.800.282.1446**
Report Claims anytime. anywhere in the U.S.A.

When calling, please give these details:
1. Policy number and zip code
2. Make and model year
3. Location of accident, injuries and damages
4. Other vehicle and persons involved

For questions about your policy, call your Allied
agent
Colorado Ins Sales & Service
720.283.1722

 **Allied's _On Your Side_® Service
means fast and fair handling of
your claim.**

**24 Hour Claims 1.800.282.1446**
Report Claims anytime, anywhere in the U.S.A.

When calling, please give these details:
1. Policy number and zip code
2. Make and model year
3. Location of accident, injuries and damages
4. Other vehicle and persons involved

For questions about your policy, call your Allied
agent
Colorado Ins Sales & Service
720.283.1722

DEFENDANT 00091

Prepared on March 5, 2018



Allied Insurance
1100 Locust St., Dept. 1100
Des Moines, IA 50391-1100

**Your Revised Policy**

**This is not a bill.** Your bill is sent separately.
**Personal Auto Policy**
Policy Period: Nov 6, 2017 - Nov 6, 2018
Policy Number:   **PPGM0069708653-0**
Account Number: **7257112143**

*On Your Side* Rewards, like
Accident Forgiveness, are
available in your state;
please see back for more
details.

Wevina Duggan
John Duggan
5311 Walden CT
Denver CO 80249-8783

✓ **Declarations** - These pages show **your
coverages** under this policy.  Carefully review
these details and call COLORADO INS SALES &
SERVICE at 720.283.1722 if you have questions or
want to make changes.

  · **General Information**
  · **Coverage Details**
  · **Your Total Policy Premium**

✓ **Insurance Identification Cards** - Your ID cards
are enclosed in this packet.



✓ **Policy Contract** - Keep this contract for future
reference.

**Your Policy Courtesy of:**    COLORADO INS SALES & SERVICE

**How to Contact Us**
Your Allied Agent          **COLORADO INS SALES & SERVICE 720.283.1722**
Customer Service           **1.800.282.1446**

DEFENDANT 00092

Prepared on March 5, 2018

 **Nationwide** is on your side

*On Your Side* **Rewards**

## Purchased Features
**Roadside Assistance:**

Plus:                Towing up to 100 miles, fuel delivery, lockout, jump starts, flat tires, membership discounts, trip interruption, turn-by-turn directions, pre-trip map routing, and emergency message. These services apply while driving a vehicle insured by us or while an insured driver or resident relative is an occupant of someone else's vehicle.

## Features Available for Purchase
**Forgiveness:**

Accident Forgiveness:        First at-fault accident will not increase your rate. We will forgive one new accident per policy every three years.

Minor Violation Forgiveness:    First minor violation/ticket will not increase your rate. We will forgive one new minor violation/ticket per driver every three years.

**Deductible Savings Rewards:**

Vanishing Deductible:        Vanishing Deductible **reduces** your out of pocket expenses at the time of the accident. Your policy will **earn** $100 credit immediately upon signing up to be applied towards your comprehensive and/or collision deductibles.

Total Loss Deductible Waiver:    Eliminates your entire comprehensive and/or collision deductible in the event of a total loss.

**Good-As-New:**

Gap Coverage:            Covers the difference of what you owe on your car and its market value.



New Car Replacement Plus:    Includes Vehicle Value Upgrade and GAP coverages, PLUS you'll receive enough money to purchase a new car if your vehicle is less than 3 years old.

Vehicle Value Upgrade:        After a total loss, you'll receive enough money to buy a comparable vehicle in ready to sell condition.

**Thank You** for being a valuable Allied customer. If you have questions about any of the *On Your Side* Rewards, please contact your agent.

**Additional Contact Information**
Internet            **www.alliedinsurance.com**
24-Hour Claims Reporting    **1.800.282.1446**

DEFENDANT 00093



Prepared on March 5, 2018      Page 1 of 4

# Your Policy Declarations

**Personal Auto Policy**
Policy Period: Nov 6, 2017 - Nov 6, 2018
Policy Number:   **PPGM0069708653-0**
Account Number:  **7257112143**

**Policyholder (Named Insured):**
Wevina Duggan
John Duggan
5311 Walden CT
Denver, CO 80249-8783

Keep these Declarations for your records.

## General Policy Information

**Issued: March 5, 2018**
These Declarations are a part of the policy named above and identified by the policy number above. They supersede any Declarations issued earlier. Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured vehicle as indicated. Your policy complies with the motorist's financial responsibility laws of your state only for vehicles for which Property Damage and Bodily Injury Liability coverages are provided.

**Policy Period: November 6, 2017 - November 6, 2018** but only if the required premium for this period has been paid and only for twelve month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. Standard time at the address of the named insured stated herein. This policy term expires at 12:01 a.m. at the address of the named insured stated herein.

Your carrier is Nationwide Agribusiness Insurance Company, NAIC #28223.

## How You Saved on this Policy with Allied

| | | |
|---|---|---|
| • Accident Free | • Air Bag Discount | • Financial Stability Discount |
| • New Vehicle Discount | • Multi-Car Discount | • Multi-Policy Customer |
| • Advance Quote Discount | • Easy Pay Sign-up Discount | • SmartRide |

## Insured Drivers

| Name | Date of Birth | Marital/Civil Union Status | License Number |
|---|---|---|---|
| Wevina Duggan | 12/16/67 | Married | XXXXX0004 |
| John Duggan | 05/19/69 | Married | XXXX8876 |

## Changes Made to Your Policy

• Added - 17 Bmw And Removed - 15 Bmw
• Change Of Address
Effective date for all changes February 21, 2018



A1501 (11-07)

DEFENDANT 00094
Continued on the next page



**Nationwide®**
is on your side

For coverage definitions and descriptions,
visit www.alliedinsurance.com

Prepared on March 5, 2018    Page 2 of 4

# Your Policy Declarations

**Personal Auto Policy**
Policy Period: Nov 6, 2017 - Nov 6, 2018
Policy Number:   **PPGM0069708653-0**
Account Number:  **7257112143**

## Insured Vehicles and Schedule of Coverages



### 2009 Hyundai Sonata Gl
VIN 5NPET46C89H480603

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Bodily Injury Liability | $250,000 Per Person | |
| | $500,000 Per Occurrence | |
| Property Damage Liability | $250,000 Per Occurrence | |
| Medical Payments | $5,000 Per Person | |
| Uninsured Motorist Property Damage Liability | Actual Cash Value | |

**Total for this Vehicle**

### 2017 Bmw 540xi
VIN WBAJE7C31HWA03230

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Bodily Injury Liability | $250,000 Per Person | |
| | $500,000 Per Occurrence | |
| Property Damage Liability | $250,000 Per Occurrence | |
| Medical Payments | $5,000 Per Person | |
| Comprehensive | Actual Cash Value | |
| Collision | Actual Cash Value | |
| Loss Of Use | $50 Per Day/$1500 Maximum | |

**Total for this Vehicle**



## Policy Level Schedule of Coverages

| | | |
|---|---|---|
| Uninsured Motorist Bodily Injury | $250,000 Per Person | |
| | $500,000 Per Occurrence | |
| Roadside Assistance | Up to 100 Miles/$100 Lockout | |
| Extra Coverages | See Endorsement | |

**Total for Policy Coverages**

Continued on the next page

DEFENDANT 00095

Prepared on March 5, 2018    Page 3 of 4

 **Nationwide**®
is on your side

## Your Policy Declarations

**Personal Auto Policy**
Policy Period: Nov 6, 2017 - Nov 6, 2018
Policy Number:  **PPGM0069708653-0**
Account Number:  **7257112143**

## Premium Summary

| | |
|---|---|
| 2009 Hyundai Sonata Gl | |
| 2017 Bmw 540xi | |
| State Theft Fee | |
| Total For Policy Coverages |  |

| | |
|---|---|
| **Total Policy Premium** | |

### Policy Form and Endorsements

| | |
|---|---|
| ASP1001 (1111) | Signature Page |
| A1001CO (1111) | Personal Auto Policy |
| A2000CO (1215) | Amendment of Policy Provisions |
| A2006 (0707) | Loss of Use - Comprehensive or Collision Coverages |
| A2013CO (0808) | Uninsured Motorists - Property Damage Coverage |
| A2020 (0808) | Extra Coverages Endorsement |
| A2030 (1208) | Roadside Assistance |



A Colorado law went into effect July 1, 2008 requiring insurance companies to pay $1 annually for each vehicle to the Colorado Auto Theft Prevention Authority (CATPA) to help fund auto theft prevention grants.  Colorado law allows this fee to be recouped from each policyholder, and when collected this fee will be listed separately from your premium on your declarations page.

 For Office Use Only:

11/06/17
Terr: 323
   129.79

Issued By: Nationwide Agribusiness Insurance Company, Des Moines, IA
Countersigned at: Des Moines, IA
By: Colorado Ins Sales & Service

### How to Contact Us

| | |
|---|---|
| Your Allied Agent | **COLORADO INS SALES & SERVICE 720.283.1722** |
| Customer Service | **1.800.282.1446** |
| Internet | **www.alliedinsurance.com** |
| 24-Hour Claims Reporting | **1.800.282.1446** |

A1501 (11-07)

DEFENDANT 00096



This page intentionally blank



DEFENDANT 00097

A1001CO (11-11)

# Table of Contents

**INSURING AGREEMENT**                                               D1

**DEFINITIONS**                                                      D1

**INSURED PERSONS' DUTIES AFTER AN ACCIDENT OR LOSS**                D2

**TERRITORY**                                                        D2

**COVERAGES**

Auto Liability                                                       L1-L4
(for damage or injury to others caused by your auto)
Property damage and Bodily injury

Medical Payments                                                     M1-M4
(medical expenses payable regardless of fault)

Uninsured Motorists Coverage                                         U1-U3
(for bodily injury caused by uninsured motorists)

Physical Damage                                                      P1-P5
(damage to your auto)
Comprehensive and Collision

**GENERAL POLICY CONDITIONS**

How Your Policy May Be Changed                                       G1

Optional Payment of Premium in Installment                          G1

Renewal                                                              G1

Non-Renewal                                                          G1

Cancellation During Policy Period                                    G1

Assignability                                                        G2

Dividends                                                            G2

If You Become Bankrupt                                               G2

Fraud and Misrepresentation                                          G2

Legal Action Limitations                                             G2

Subrogation                                                          G2

Non-Sufficient Funds and Late Payment Charges                        G2

Joint and Individual Interests                                       G3

**Mutual Policy Conditions**

Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company                             G3

Nationwide, the Nationwide framemark and On Your Side are federally registered service marks of Nationwide Mutual Insurance Company.
© 2007 Nationwide Mutual Insurance Company.  All rights reserved.

**A1001CO (11-11)**

DEFENDANT 00098

# Insuring Agreement

For the **policyholder's** payment of premiums and fees in amounts **we** require and subject to all of the terms and conditions of this policy, **we** agree to provide the coverages the **policyholder** has selected.

These selections are shown in the enclosed Declarations, which are a part of this policy contract. The selected coverages in this policy apply only to occurrences while the policy is in force. Renewal premiums must be paid in advance.

# Definitions

This policy uses certain common words for easy reading. They are defined as follows:

1. "POLICYHOLDER" means the first person named in the Declarations. The **policyholder** is the named insured under this policy but does not include the **policyholder's** spouse. If the first named insured is an organization, that organization is the **policyholder**.

2. "YOU" and "YOUR" mean:

   a) the **policyholder** and spouse, if a resident of the **policyholder's** household, when the **policyholder** is a person; or

   b) the sole proprietor, majority shareholder or majority member of an organization, or general partner of a family limited partnership, as shown in the Declarations, and spouse, if a resident of the household of the sole proprietor, majority shareholder or majority member, or general partner shown in the Declarations, when the **policyholder** is an organization. When the **policyholder** shown on the Declarations is an organization, for purposes of this policy the **policyholder** shall be either the sole proprietor, majority shareholder or majority member, or general partner.

   If the spouse ceases to be a resident of the **policyholder's** household or household of the sole proprietor, majority shareholder or majority member, or general partner during the policy period or prior to the inception of this policy, the spouse will be considered **you** and **your** under this policy but only until the earlier of:

   a) The end of 90 days following the spouse ceasing to be a resident of the **policyholder's** household or household of the sole proprietor, majority shareholder or majority member, or general partner;

   b) The effective date of another policy listing the spouse as the named insured; or

   c) The end of the policy period.

3. "RELATIVE" means one who regularly resides in **your** household and who is related to **you** by blood, marriage, or adoption (including a ward or foster child). A **relative** may live temporarily outside **your** household.

4. "INSURED" means one who is described as entitled to protection under each coverage.

5. "WE," "US," "OUR," and "THE COMPANY" means or refers to **the company** issuing the policy as shown on the Declarations.

6. "YOUR AUTO" means the vehicle(s) described in the Declarations.

7. "MOTOR VEHICLE" means a land **motor vehicle** designed primarily to be driven on public roads. This does not include vehicles operated on rails or crawler treads.

8. "PRIVATE PASSENGER AUTO" means a:

   a) four-wheel automobile for private passenger use;

   b) four-wheel van; or

   c) pick-up truck having either four or six wheels.

9. "DEDUCTIBLE" means the amount of loss to be paid by the **insured**. **We** pay for covered loss above the **deductible** amount shown in the Declarations.

10. "OCCUPYING" means in, upon, entering, or alighting from.

11. "BODILY INJURY" means:

    a) physical injury;

    b) physical sickness;

    c) physical disease; or resultant death;

    of any person which results directly from a **motor vehicle** accident.

12. "PROPERTY DAMAGE" means:

    a) destruction of tangible property;

    b) damage or injury to it; and

    c) loss of its use.

13. "BIOLOGICAL DETERIORATION OR DAMAGE" means damage or decomposition, breakdown, and/or decay of man-made or natural material due to the presence of fungi, algae, lichens, slime, mold, bacteria, wet or dry rot, and any scents or by-products of these organisms, however produced. Fungi as used above include, but are not limited to any type or form of fungus, yeast, mold, mildew, mycotoxins,

DEFENDANT 00099

A1001CO (11-11)

spores, rust, smuts, or fleshy fungi such as mushrooms, puffballs and coral fungi.

Other words are also defined. All defined words are in bold print.

# Insured Persons' Duties After an Accident or Loss

The **insured** will:

1. give **us** or **our** agent prompt notice of all losses and provide written proof of claim if required.

2. notify the police of all theft losses as soon as practicable.

3. promptly deliver to **us** all papers dealing with any claims or suits.

4. submit to separate examinations under oath as often as reasonably requested by **us**.

5. assist **us** and, if applicable, the defense counsel chosen for **you** by **us**, with any claim or suit.

6. if injured, submit to examinations by company selected physicians as often as **the company** reasonably requires. The injured person must grant **us** authority, at **our** request, to obtain copies of all wage and medical, dental or other health care provider records.

7. protect damaged property insured under this policy and make it available to **us** for inspection before its repair or disposal.

8. provide access to any data and/or records, from any source and/or recorded by any method or means, that **we** reasonably request for use in the evaluation or defense of any claim or suit and permit **us** to make copies of such data or records.

9. preserve, at **our** cost, any tangible property, or evidence, as long as **we** reasonably request.

# Territory

The policy applies in Canada, the United States of America and its territories or possessions, or between their ports. All coverages except Uninsured Motorists apply to occurrences in Mexico, if within 25 miles of the United States boundary. **We** will base the amount of any Comprehensive or Collision loss in Mexico on cost at the nearest United States point.

NOTE: **You** will need to buy auto insurance from a Mexican insurance company-regardless of coverage provided by this policy-before driving in Mexico. Otherwise, **you** may be subject to jail detention, auto impoundment, and other legal complications in case of an accident.

DEFENDANT 00100

A1001CO (11-11)



# Auto Liability

(for damage or injury to others caused by your auto)

# Coverage Agreement

**PROPERTY DAMAGE AND BODILY INJURY LIABILITY COVERAGE**

1.  **We** will pay for damages for which **you** are legally liable as a result of an accident arising out of the:

    a) ownership;

    b) maintenance or use; or

    c) loading or unloading;

    of **your auto**. A **relative** also has this protection. So does any person or organization who is liable for the use of **your auto** while used with **your** permission.

2.  Damages must involve:

    a) **property damage**; or

    b) **bodily injury**.

3.  **We** will pay such liability losses up to the limits stated in the Declarations. In addition to these limits and as to any covered damages, **we** will:

    a) defend at **our** expense, with attorneys of **our** choice, any suit against the **insured**. **We** may settle or defend any claim or suit as **we** think proper.

    b) pay:

    (1) all expenses incurred by **us**; and

    (2) all costs levied against the **insured**, including prejudgment interest on that portion of the award which does not exceed the limits of this coverage;

    in any such suit.

    c) pay premiums:

    (1) of not more than $250 per **insured** for bail bonds required because of an accident or traffic violation.

    (2) for appeal bonds in defended suits and for bonds to release attached property. The amount of such bonds shall not be more than the limits of liability shown in the Declarations.

    Although paying such premiums, **we** are not required to apply for or furnish any bonds.

    d) pay post-judgment interest on all damages awarded. **We** will not pay interest that accrues after such time as **we** have:

    (1) paid;

    (2) formally offered; or

    (3) deposited in court;

    the amount for which **we** were liable under this policy.

    e) pay expenses incurred by an **insured** for emergency medical aid to others at the time of accident.

    f) pay all reasonable expenses incurred by an **insured** at **our** request, but not more than $200 per day for loss of earnings.

4.  After the limits of this coverage have been paid, **we** will not defend any suit or pay any claim or judgment.

# Coverage Extensions

**USE OF TRAILERS**

1.  This coverage applies to the use of a trailer by:

    a) **you**;

    b) a **relative**; or

    c) someone else with **your** permission.

2.  The trailer must be:

    a) designed for use with a **private passenger auto**; and

    b) used with a vehicle that is insured under this coverage.

3.  The trailer must not be used for business purposes with a vehicle that is not a **private passenger auto**.

**USE OF OTHER MOTOR VEHICLES**

The insurance on **your auto** also covers other **motor vehicles** as follows:

1.  A **private passenger auto you** do not own, while it is used temporarily in place of **your auto**. **Your auto** must be out of use because of:

    a) breakdown;

    b) repair;

    c) servicing; or

    d) loss.

2.  A **private passenger auto** newly acquired by **you**. This coverage applies only during the first 30 days **you** own the vehicle unless it replaces **your auto**. If the newly acquired vehicle does not replace **your auto**, all household vehicles owned by **you** must be insured by **us** or an affiliate for this extension of coverage to apply.

    **We** provide this coverage only if **you** do not have other insurance. **You** must pay any added premium resulting from this coverage extension.

L1

DEFENDANT 00101

3.  A **motor vehicle** owned by a non-member of **your** household and not covered in item 1. of this section.

a)  This applies only while the vehicle is being used by **you** or a **relative**. It protects the user, and any person or organization, except as noted below in b), who does not own the vehicle but is legally responsible for its use.

b)  This does not apply to losses involving a **motor vehicle**:

(1)  used in the business or occupation of **you** or a **relative**. However, it does apply to a **private passenger auto** used by **you**, **your** chauffeur, or **your** household employee;

(2)  owned, rented or leased by an employer of an **insured**;

(3)  rented or leased by anyone for or on behalf of an employer of an **insured**; or

(4)  furnished to **you** or a **relative** for regular use. Furnished for regular use does not include a **motor vehicle** rented from a rental company for less than 28 days.

## FINANCIAL RESPONSIBILITY

**We** will adjust this policy to comply:

1.  With the financial responsibility law of any state or province which requires higher liability limits than those provided by this policy.

2.  With the kinds and limits of coverage required of non-residents by any compulsory **motor vehicle** insurance law, or similar law.

However, any loss payment under this coverage will be made only over and above any other collectible **motor vehicle** insurance. In no case will anyone be entitled to duplicate payments for the same loss.

When **we** certify this policy as proof under any financial responsibility law, it will comply with the law to the extent of the coverage required by the law. The **insured** agrees to reimburse **us** for any payment which **we** would not have been obligated to make under the terms of this policy except for the agreement outlined in this paragraph.

# Coverage Exclusions

This coverage does not apply to:

1.  **Property damage** or **bodily injury** caused intentionally by or at the direction of an **insured**, including willful acts the result of which the **insured** knows or ought to know will follow from the **insured's** conduct.

2.  Any **motor vehicle** while used:

a)  to carry persons or property for a fee or compensation; or

b)  on a regular basis for retail or wholesale delivery, including but not limited to pizza, magazine, newspaper and mail delivery.

Exclusion 2.a) does not apply to **motor vehicles** used in shared-expense car pools.

3.  Any person for any occurrence arising out of the operation of an auto:

a)  repair shop;

b)  public garage or parking place;

c)  sales agency; or

d)  service or maintenance facility.

However, this exclusion does not apply to the use of **your auto** by:

a)  **you**;

b)  a **relative**; or

c)  a partner, employee, or agent of **you** or a **relative**.

4.  **Property damage** caused by any **insured**:

a)  to a **motor vehicle** that is owned or operated by, or in the custody of, that **insured**; or

b)  to any other property that is owned by or in the custody of any **insured**. This exclusion does not apply to a:

(1)  rented home; or

(2)  rented private garage.

5.  **Bodily injury** to any person eligible to receive any benefits under any workers' compensation act.

6.  **Bodily injury** to an employee of any **insured** while engaged in employment. However, it does cover an employee of **your** home who is not, or is not required to be, covered by any workers' compensation benefits, disability benefits, or benefits under similar laws.

7.  The United States of America or any of its agencies. It also does not apply to any employee of the United States of America or any of its agencies while such person is acting within the scope of his or her office or employment and the provisions of the Federal Tort Claims Act apply.

8.  Any person protected under nuclear energy liability insurance. This exclusion applies even if that insurance has been exhausted.

9.  **Bodily injury** sustained by:

a)  **you**;

b)  any other insured person under the policy;

DEFENDANT 00102

A1001CO (11-11)

c) any person or member of **your** family residing in the same household with **you**; or

d) any member of the family of any other insured person residing in the same household with that other **insured**.

10. **Bodily injury** or **property damage** arising out of the ownership, maintenance or use of any **motor vehicle** while rented or leased to others by any **insured**.

11. **Bodily injury** or **property damage** arising out of the operation, maintenance or use of any **motor vehicle**:

a) while used in an organized competitive event, including but not limited to:

(1) racing contest or event; or

(2) speed contest or event; or

(3) in practice or preparation for any prearranged, or organized racing or speed contest or event.

b) while used in **Performance Testing** that is done on a closed road, or a race track, or a testing facility environment where the **insured** is not competing.

**Performance Testing** is when an **insured** uses any **motor vehicle** to test its performance in speed, handling, or driver skills.

12. Punitive or exemplary damages.

13. **Property damage** caused directly or indirectly by **biological deterioration or damage**. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

14. **Bodily injury** arising directly or indirectly from the inhalation of, ingestion of, contact with, exposure to, existence of or presence of any fungi, algae, lichens, slime, mold, bacteria, wet or dry rot and any scents or by-products of these organisms, however produced. Fungi as used above include, but are not limited to any type or form of fungus, yeasts, mold, mildew, mycotoxins, spores, rust, smuts or fleshy fungi such as mushrooms, puffballs and coral fungi.

15. Any person's liability resulting from the:

a) Handling of property:

(1) before it is moved from the place where it is accepted by an **insured** for movement into or onto **your auto**; or

(2) after it is moved from **your auto** to the place where it is finally delivered by an **insured**.

b) Movement of property by a mechanical device (other than a hand truck) not attached to **your auto**.

16. Any **motor vehicle** which any **insured**:

a) uses without a reasonable belief of being entitled to do so;

b) has stolen; or

c) knows to have been stolen.

This exclusion applies to any **insured** that operates or uses a **motor vehicle** in a manner that a reasonable person would determine was unauthorized or beyond the scope of permission given by **you** or a **relative**.

This exclusion does not apply to the use of any **motor vehicle** by:

a) **you**;

b) a **relative**; or

c) a partner, employee, or agent of **you** or a **relative**.

17. **Bodily injury** or **property damage** arising out of the use of any **motor vehicle** which has fewer than four wheels.

# Limits and Conditions of Payment

## AMOUNTS PAYABLE FOR LIABILITY LOSSES

**Our** obligation to pay Property Damage or Bodily Injury Liability losses is limited to the amounts per person and per occurrence stated in the Declarations. The following conditions apply to these limits:

1. The limit shown:

a) for Property Damage Liability is for all **property damage** in one occurrence.

b) for Bodily Injury Liability for any one person is for all legal damages, including all derivative claims, claimed by anyone arising out of and due to **bodily injury** to one person as a result of one occurrence.

The per-person limit is the total amount available when one person sustains **bodily injury**, including death, as a result of one occurrence. No separate limits are available to anyone for derivative claims, statutory claims, or any other claims made by anyone arising out of **bodily injury**, including death, to one person as a result of one occurrence.

c) for Bodily Injury Liability for each occurrence is the total limit of **our** liability for all legal damages when two or more persons sustain **bodily injury**, including death, as a result of

L3

DEFENDANT 00103

one occurrence. No separate limits are available to anyone for derivative claims, statutory claims, or any other claims arising out of **bodily injury**, including death, to two or more persons as a result of one occurrence. This total limit is subject to the limit for any one person.

2.  Liability limits apply as stated in the Declarations. The insuring of more than one person or vehicle under this policy does not increase **our** liability limits.

3.  In any loss covered under items 2. and 3. of "USE OF OTHER MOTOR VEHICLES," the highest liability limit applicable to any one vehicle on this policy will apply.

4.  A **motor vehicle** and attached trailer are considered one vehicle for Auto Liability coverage.

**OTHER INSURANCE**

1.  In any loss involving the use of **your auto**, **we** will be liable for only **our** share of the loss if there is other collectible liability insurance. **Our** share is **our** proportion of the total insurance limits for the loss.

2.  For losses covered under "USE OF OTHER MOTOR VEHICLES," **our** coverage is excess over any other collectible:

    a)  insurance;

    b)  self insurance;

    c)  proceeds from a governmental entity; or

    d)  sources of recovery.

DEFENDANT 00104

A1001CO (11-11)



# Medical Payments

(medical expenses payable regardless of fault )

**ADDITIONAL DEFINITIONS APPLICABLE TO THIS COVERAGE**

For purposes of this coverage only:

1. "EXPERIMENTAL TREATMENT" means medical treatment that is experimental in nature which is not accepted as effective therapy by:

    a) the state medical association or board;

    b) an appropriate medical specialty board;

    c) the American Medical Association;

    d) the Surgeon General; or

    e) the Federal Food and Drug Administration.

2. "USUAL, CUSTOMARY AND REASONABLE CHARGES" means charges for services or supplies covered under this policy, which are:

    a) usual and customary in the place where provided; and

    b) not more than what would have been charged if the injured person had no insurance; and

    c) not **Experimental Treatment**.

3. "MEDICALLY NECESSARY" means a service or procedure which is necessary, appropriate and consistent for the symptoms, diagnosis or treatment of a condition of injury or sickness within generally accepted current standards of good medical practice. The fact that any particular doctor may prescribe, order, recommend, or approve a service or procedure does not, in itself, make the service or procedure **medically necessary**.

4. "UTILIZATION MANAGEMENT OR REVIEW" means cost and utilization containment activities designed to determine **usual, customary and reasonable charges** for **medically necessary** services provided to an **insured**. These activities include, but are not limited to, medical bill auditing.

5. "STABILIZE" means, with respect to a medical condition resulting from a **trauma**, to provide such medical treatment of the condition as may be necessary to assure, within reasonable medical probability, that no material deterioration of the condition is likely to result or occur during the transfer of the individual to or from a **trauma center**.

6. "TRAUMA" means an injury or wound to a living person caused by the application of an external physical force. **Trauma** includes any event that threatens life, limb, or the well-being of an individual in such a manner that a prudent lay person would believe that immediate medical care is needed.

7. "TRAUMA CARE" means care provided by a licensed ambulance or air ambulance, trauma physician, or **trauma center** to a person injured in a motor vehicle accident from the time the administration of care begins to the time the patient is fully stabilized or through the first episode of care, not to exceed 72 hours after the administration of care begins.

8. "TRAUMA CENTER" means the emergency department in a licensed or certified hospital or a health care facility that is designated by the Department of Public Health and Environment as a Level I, II, III, IV, or V facility or as a regional pediatric trauma center.

# Coverage Agreement

**We** will pay **usual, customary and reasonable charges**:

1. for expenses incurred for:

    a) **medically necessary** services; or

    b) funeral costs;

    due to accidental **bodily injury** suffered by **you** or a **relative** while **occupying your auto**.

2. incurred within three years after the accident .

3. up to the limit stated in the policy Declarations.

4. regardless of who is at fault in the accident.

**We** may apply **utilization management or review** to determine:

1. **usual, customary and reasonable charges**; and/or

2. **medically necessary** services.

# Coverage Extensions

**YOU AND A RELATIVE**

In addition, **you** and a **relative** are covered:

1. While **occupying** a **private passenger auto you** do not own, while it is used temporarily in place of **your auto**. **Your auto** must be out of use because of:

    a) breakdown;

    b) repair;

    c) servicing; or

    d) loss.

DEFENDANT 00105

2. While **occupying** a **private passenger auto** newly acquired by **you**. This coverage applies only during the first 30 days **you** own the vehicle unless it replaces **your auto**. If the newly acquired vehicle does not replace **your auto**, all household vehicles owned by **you** must be insured by **us** or an affiliate for this extension of coverage to apply.

3. While **occupying** any other **motor vehicle** not owned by **you** or a **relative**.

4. As pedestrians, if struck by any **motor vehicle** or trailer.

**OTHER PERSONS**

Persons other than **you** and a **relative** are protected under this coverage while **occupying**:

1. **your auto** when it is being used by:
   a) **you**;
   b) a **relative**; or
   c) anyone else with **your** permission.

2. a **private passenger auto you** do not own, while it is used temporarily in place of **your auto**. **Your auto** must be out of use because of:
   a) breakdown;
   b) repair;
   c) servicing; or
   d) loss.

3. a **private passenger auto** newly acquired by **you**. This coverage applies only during the first 30 days **you** own the vehicle unless it replaces **your auto**. If the newly acquired vehicle does not replace **your auto**, all household vehicles owned by **you** must be insured by **us** or an affiliate for this extension of coverage to apply.

4. a **motor vehicle** that belongs to someone who is not a member of **your** household.
   a) This protection applies only when the vehicle is being used by **you** or a **relative**.
   b) This protection does not apply to:
      (1) use of any vehicle in the business or occupation of **you** or a **relative**. However, it does apply to a **private passenger auto** used by:
         (a) **you**;
         (b) **your** chauffeur; or
         (c) **your** household employee.
      (2) use of a **motor vehicle** furnished to **you** or a **relative** for regular use.

**USE OF TRAILERS**

1. This coverage applies to the use of a trailer by:
   a) **you**;

   b) a **relative**; or
   c) someone else with **your** permission;
   regardless of who owns it.

2. The trailer must be:
   a) designed for use with a **private passenger auto**; and
   b) used with a vehicle that is insured under this coverage.

3. The trailer must not be used for business purposes with a vehicle that is not a **private passenger auto**.

# Coverage Exclusions

This coverage does not apply to:

1. Any **motor vehicle** while used:
   a) to carry persons or property for a fee or compensation; or
   b) on a regular basis for retail or wholesale delivery, including but not limited to pizza, magazine, newspaper and mail delivery.

   Exclusion 1.a) does not apply to **motor vehicles** used in shared-expense car pools.

2. Any person for any occurrence arising out of the operation of an auto:
   a) repair shop;
   b) public garage or parking place;
   c) sales agency; or
   d) service or maintenance facility.

   However, this exclusion does not apply to the use of **your auto** by:
   a) **you**;
   b) a **relative**; or
   c) a partner, employee, or agent of **you** or a **relative**.

3. Use of any **motor vehicle** while rented or leased to others by an **insured**.

4. Any **motor vehicle**:
   a) while used in an organized competitive event, including but not limited to:
      (1) racing contest or event; or
      (2) speed contest or event; or
      (3) in practice or preparation for any prearranged, or organized racing or speed contest or event.
   b) while used in **Performance Testing** that is done on a closed road, or a race track, or a testing facility environment where the **insured** is not competing.

**M2**

DEFENDANT 00106

A1001CO (11-11)

**Performance Testing** is when an **insured** uses any **motor vehicle** to test its performance in speed, handling, or driver skills.

5. Use of any **motor vehicle** while located for use as a residence or premises.

6. **Bodily injury** to any person eligible to receive any benefits under any workers' compensation act.

7. **Bodily injury** caused by an act of war, including insurrection, rebellion or revolution.

8. **Bodily injury** caused by or resulting from:

   a) nuclear hazard, meaning any:

   (1) nuclear reaction;

   (2) nuclear discharge;

   (3) radiation;

   (4) radioactive contamination; or

   b) discharge of a biological weapon resulting in biological contamination;

   whether controlled or uncontrolled or however caused, or as a consequence of any of these.

9. Expenses, charges or costs arising directly or indirectly from **bodily injury** caused by or resulting from the inhalation of, ingestion of, contact with, exposure to, existence of or presence of any fungi, algae, lichens, slime, mold, bacteria, wet or dry rot and any scents or by-products of these organisms, however produced. Fungi as used above include, but are not limited to any type or form of fungus, yeast, mold, mildew, mycotoxins, spores, rust, smuts or fleshy fungi such as mushrooms, puffballs and coral fungi.

10. **Bodily injury** while **occupying** any **motor vehicle** having fewer than four wheels.

11. **Bodily injury** while **occupying**, or when struck by, any vehicle other than **your auto** which is:

    a) owned by **you** or a **relative**; or

    b) furnished or available for regular use by **you** or a **relative**.

12. **Bodily injury** caused intentionally by or at the direction of **you** or a **relative**, including willful acts the result of which that person knows or ought to know will follow from their conduct.

13. Any **motor vehicle** which **you** or a **relative**:

    a) uses without a reasonable belief of being entitled to do so;

    b) has stolen; or

    c) knows to have been stolen.

    This exclusion applies to any **insured** that operates or uses a **motor vehicle** in a manner that a reasonable person would determine was unauthorized or beyond the scope of permission given by **you** or a **relative**.

This exclusion does not apply to the use of **any** motor vehicle by:

a) **you**;

b) a **relative**; or

c) a partner, employee, or agent of **you** or a **relative**.

# Limits and Conditions of Payment

## BENEFITS PAYABLE

1. The amount payable under this coverage to or for one person in one accident is limited as stated in the policy Declarations. The stated limit is not increased by the insuring of more than one person or vehicle under this policy or any other policy issued by **us**.

2. In any loss covered under "COVERAGE EXTENSIONS" and not involving **your auto**, the highest liability limit applicable to any one vehicle in this policy will apply.

3. Benefits Payable shall be paid in the following order

   a) First, to licensed ambulances or air ambulances that provide **trauma** care at the scene of or immediately after the motor vehicle accident, including transport to or from a **trauma center**.

   b) Second, to trauma physicians that provide **trauma** care to stabilize or provide the first episode of care to the injured person.

   c) Third, to level IV or V **trauma centers** that provide **trauma** care to stabilize or provide the first episode of care to the injured person.

   d) Fourth, to level I, II, or III **trauma centers** or a regional pediatric **trauma center** that provide **trauma** care to stabilize or provide the first episode of care to the injured person.

   e) The first $5,000 of the benefits payable shall be held and used to pay claims of the providers above for no more than 30 days after the accident. After this period, any amount not claimed for reimbursement from the above providers may be used to pay any other claims for reimbursement submitted by other providers.

M3

DEFENDANT 00107

A1001CO (11-11)

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance, **we** will pay only **our** share of the loss. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits. **We** will pay only the insured benefit over and above the amount of other collectible auto Medical Payments insurance in any loss involving:

1.   Use of a **motor vehicle you** do not own; or

2.   Being hit by any **motor vehicle** or trailer.

**DUPLICATE PAYMENT**

**We** will make no duplicate payment to or for any **insured** for the same element of loss.

**M4**

DEFENDANT 00108

A1001CO (11-11)



# Uninsured Motorists-Bodily Injury

(for bodily injury caused by uninsured motorists)

**ADDITIONAL DEFINITION APPLICABLE TO THIS COVERAGE "UNINSURED MOTOR VEHICLE" - See definition in COVERAGE AGREEMENT section.**

# COVERAGE AGREEMENT

## YOU AND A RELATIVE

**We** will pay compensatory damages, including loss of consortium claims, which are due by law to **you** or a **relative** from the owner or driver of an **uninsured motor vehicle** because of **bodily injury** suffered by **you** or a **relative**. Damages must result from an accident arising out of the:

1. ownership;
2. maintenance; or
3. use;

of the **uninsured motor vehicle**.

## OTHER PERSONS

**We** will also pay compensatory damages, including loss of consortium claims, which are due by law to other persons who suffer **bodily injury** while **occupying**:

1. **Your auto**;
2. A **private passenger auto you** do not own, while it is used temporarily in place of **your auto. Your auto** must be out of use because of:
   (a) breakdown;
   (b) repair;
   (c) servicing;
   (d) loss;
   (e) destruction.
3. A **private passenger auto** newly acquired by **you** to which the Auto Liability coverage of this policy applies. This applies only during the first 30 days **you** own the vehicle, unless it replaces **your auto**.

## DEFINITIONS

1. An **uninsured motor vehicle** is:
   a) one for which there is no bodily injury liability insurance applicable to the vehicle owner, operator, or any other liability person or organization at the time of the accident.

b) one which is underinsured. This is a **motor vehicle** for which bodily injury liability coverage is in effect; however, the total amount is less than the limits of this coverage. See the Declarations for those limits.

c) one for which the insuring company denies coverage.

d) one for which the insuring company becomes insolvent within two years of the accident.

e) a "hit-and-run" **motor vehicle** which causes **bodily injury** to an **insured**

The driver and the owner of the "hit-and-run" vehicle must be unknown. A report must be made to the police within a reasonable time. **We** must have a sworn statement with in 30 days. It must state that the **insured** has a legal action due to the accident. It must include facts to support the action. The **insured** must not be negligent in failing to determine the identity of the "hit-and-run" vehicle, or of its driver or owner. **We** may inspect any vehicle the **insured** was **occupying**.

2. **We** will not consider as an **uninsured motor vehicle:**
   a) a **motor vehicle** that is "self-insured" under any law;
   b) any vehicle in use as a residence or premises;
   c) any equipment or vehicle designed for use mainly off public roads except while on public roads;
   d) any **motor vehicle** insured under the liability coverage of this policy; nor
   e) any **motor vehicle** owned or operated by or furnished or available for the regular use of **you** or a **relative**; or
   f) any **motor vehicle** insured under the liability coverage of this policy.

# Coverage Exclusions

This coverage does not apply to:

1. Any **motor vehicle** while used:
   a) to carry persons or property for a fee or compensation; or
   b) on a regular basis for retail or wholesale delivery, including but not limited to pizza, magazine, newspaper and mail delivery.

   Exclusion 1.a) does not apply to **motor vehicles** used in shared-expense car pools or while the

DEFENDANT 00109

A1001CO (11-11)

**motor vehicle** is used in the course of volunteer work for a tax exempt organization.

2. **Bodily injury** of any **insured** if the **insured** settles, without **our** written consent with a liable party.

3. **Bodily injury** suffered while **occupying** a **motor vehicle**:

   a) owned by;

   b) furnished to; or

   c) available for the regular use of;

   **you** or a **relative** but not insured for Auto Liability coverage under this policy. It also does not apply to **bodily injury** from being hit by any such **motor vehicle**.

4. Punitive or exemplary damages.

5. Any claim by an **insured** arising out of **bodily injury** sustained by any person who is not an **insured** under this policy

6. Any **motor vehicle** which **you**, a **relative**, or any **insured**:

   a) uses without a reasonable belief of being entitled to do so;

   b) has stolen; or

   c) knows to have been stolen.

   This exclusion applies to any **insured** that operates or uses a **motor vehicle** in a manner that a reasonable person would determine was unauthorized or beyond the scope of permission given by **you** or a **relative**.

   This exclusion does not apply to the use of any **motor vehicle** by:

   a) **you;**

   b) a **relative**; or

   c) a partner, employee, or agent of **you** or a **relative**.

**Insured Persons' Duties**

1. The **insured** must:

   a) submit written proof of the claim to **us** as soon as practicable. It must be under oath, if required. It must include details of:

      (1) the nature and extent of injuries;

      (2) treatment; and

      (3) any other facts which could affect the amount of payment.

   b) provide all facts of the accident and the names of all witnesses.

   c) answer questions under oath as often as **we** require.

   d) be examined by doctors, dentists, or other health care providers chosen by **us** as often as **we** require. Expenses incurred at **our** request will be paid by **us**. At **our** request, the injured person or such person's legal representative must promptly authorize **us** to:

      (1) speak with any doctor, dentist, or other health care provider who has provided treatment;

      (2) read all medical history and reports of the injury;

      (3) obtain copies of wage and medical reports and records; and

      (4) obtain copies of all medical, dental, and other health care bills as they are incurred.

      (5) speak with any employer regarding a wage loss claim.

2. After notice of claim, **we** may require the **insured** to take legal action against any liable party.

3. Up to the time **we** pay an **insured** for a loss, an **insured** may bring legal action against the other party for **bodily injury.** A copy of any paper served in this action must be sent to **us** at once.

4. The **insured** must:

   a) obtain **our** written consent to:

      (1) settle any legal action brought against any liable party; or

      (2) release any liable party.

   b) preserve and protect **our** right to subrogate against any liable party.

**Trust Agreement**

This applies to the extent of any payment **we** make under this coverage.

1. **We** will have first right to any amount the **insured** receives from any liable party. The **insured** must:

   a) hold in trust for **us** his right to recover against any such party;

   b) do whatever is proper to secure such rights, and do nothing to prejudice them;

   c) promptly furnish **us** all papers in any suit the **insured** files;

   d) do whatever is necessary to recover for **us** payments made under this coverage; and

   e) repay **us** out of any recovery for any payments **we** have made and any expenses **we** have incurred in the action.

U2

DEFENDANT 00110

2. **Our** payment of a claim may result from the insolvency of an insurer. If so, **we** have the right to recover from the insurer, but not its insured.

# Limits and Conditions of Payment

## AMOUNTS PAYABLE FOR UNINSURED MOTORISTS LOSSES

**Our** obligation to pay Uninsured Motorists - Bodily Injury losses is limited to the amounts per person and per occurrence stated in the policy Declarations. The following conditions apply to these limits:

1. The limit shown:

   a) for **bodily injury** for any one person is for all covered damages, including loss of consortium claims, claimed by anyone arising out of and due to **bodily injury** to one person as a result of one occurrence.

      The per-person limit is the total amount available when one person sustains **bodily injury**, including death, as a result of one occurrence. No separate limits are available to anyone for loss of consortium claims, statutory claims, or any other claims made by anyone arising out of **bodily injury**, including death, to one person as a result of one occurrence.

   b) for **bodily injury** for each occurrence is the total limit of **our** liability for all covered damages when two or more persons sustain **bodily injury**, including death, as a result of one occurrence. No separate limits are available to anyone for loss of consortium claims, statutory claims, or any other claims arising out of **bodily injury**, including death, to two or more persons as a result of one occurrence. This total limit is subject to the limit for any one person.

2. Coverage applies as stated in the Declarations. The insuring of more than one person or vehicle under this policy does not increase **our** Uninsured Motorists - Bodily Injury payment limits. In no event will any **insured** be entitled to more than the highest per person Uninsured Motorists – Bodily Injury limit applicable under this policy.

## OTHER INSURANCE

1. Any insurance **we** provide with respect to a vehicle **you** do not own shall be excess over any other collectible insurance.

2. If an **insured** other than **you** or a **relative** is a named insured or an insured household member for uninsured motorists or underinsured motorists coverage under another policy, **our** coverage is excess to any such coverage.

3. Except as stated above, if there is other insurance similar to this coverage under any other policy, **we** will be liable for only **our** share of the loss. **Our** share is **our** proportion of the total insurance limits for the loss.

DEFENDANT 00111

A1001CO (11-11)



# Physical Damage

(damage to your auto)

## ADDITIONAL DEFINITIONS APPLICABLE TO THESE COVERAGES

For purposes of these coverages only:

1. "LOSS" means direct and accidental **loss** or damage to **your auto**. **Your auto** includes its **equipment**.

2. "EQUIPMENT" means anything usual and incidental to the use of a **motor vehicle** as a **motor vehicle**. **Equipment** does not include **customization** or any type of trailer.

3. "CUSTOMIZATION" means accessories, cosmetic enhancements, and related changes, other than those offered by the manufacturer of the **motor vehicle** specifically for that model, which alter the appearance or function of a **motor vehicle**. This includes, but is not limited to, custom refinish, decals, and graphics. This does not include any device which records, emits, amplifies, receives and/or transmits sound, pictures, or data, whether permanently installed or not.

4. "BETTERMENT" means the increase in value of:

   a) a vehicle; or
   b) property; or
   c) any parts of a vehicle or property;

   as a result of repairing or replacing certain parts damaged in a **loss.**

# Coverage Agreements

## COMPREHENSIVE COVERAGE

1. **We** will pay for **loss** to **your auto** not caused by collision or upset. **We** will pay for the **loss** less **your deductible**. Coverage is included for:

   a) damage from contact with:
      (1) animals; or
      (2) falling or flying objects.
   b) broken glass:
      (1) even if caused by collision or upset; and
      (2) if **you** do not have Collision coverage.

   If **your** Comprehensive and Collision coverages have different **deductibles**, the smaller **deductible** will apply to broken glass.

   For damage to **your auto's** windshield, **we** may offer to have it repaired in lieu of replacement. **We** will not apply a **deductible**

for the repair of the windshield. However, if the repair is not satisfactory, **we** will replace the windshield subject to **your deductible**.

2. Also, **we** will repay **your** travel costs after **your auto** is stolen. Maximum payment is $20 per day-not to exceed $600 per occurrence. These costs must be incurred within a certain time. It starts 48 hours after the theft. It ends when **your auto** is returned to **you** or **we** pay for its **loss**.

## COLLISION COVERAGE

**We** will pay for **loss** to **your auto** caused by collision or upset. **We** will pay for the **loss** less **your deductible**. **We** will not subtract the **deductible** amount for broken glass if **you** have full (no **deductible**) Comprehensive coverage in force.

# Coverage Extensions

## USE OF TRAILERS

The insurance on **your auto** covers a trailer used by **you** or a **relative**.

1. The trailer must be:
   a) designed for use with a **private passenger auto**; and
   b) used with a vehicle that is insured under these coverages.

2. The trailer must not be:
   a) otherwise insured;
   b) owned by **you** or a **relative**; or
   c) used for business purposes with a vehicle that's not a **private passenger auto**.

3. The maximum amount payable is $1,500.

## USE OF OTHER MOTOR VEHICLES

The insurance on **your auto** also covers other **motor vehicles** as follows:

1. A **private passenger auto you** do not own, while it is used temporarily in place of **your auto**. **Your auto** must be out of use because of:
   a) breakdown;
   b) repair;
   c) servicing; or
   d) **loss**.

2. A **private passenger auto** newly acquired by **you**. **You** must report the acquisition of it to **us** during the first 30 days **you** own the vehicle. Coverage applies only during the first 30 days **you** own the vehicle, unless it replaces **your auto**. However, if **your auto** does not have Comprehensive or Collision coverage, **we** will provide these coverages for the newly acquired vehicle for a four-day period after the date **you**

DEFENDANT 00112

become the owner of it, provided, **you** ask **us** to insure it within this four-day period. If a Comprehensive or Collision **loss** occurs during this period and before **you** asked **us** to provide this coverage, **we** will apply a **deductible** of $500 to the **loss**.

3. A **private passenger auto** owned by a non-member of **your** household and not covered in item 1. of this section.

a) This applies only while such auto is used by **you**

or a **relative**.

b) **We** will not pay for **loss**:

(1) that results from the operation of an auto:

(a) repair shop;

(b) public garage or parking place;

(c) sales agency; or

(d) service or maintenance facility.

(2) involving a **private passenger auto** owned by an employer of an **insured**.

(3) involving a **private passenger auto** furnished or available to **you** or a **relative** for regular use.

(4) to any rented **motor vehicle**.

4. A rented **private passenger auto**, including its loss of income.

a) This applies only:

(1) while such auto is rented by **you** or a **relative**;

(2) if such auto is rented from a rental company for less than 28 days; and

(3) for loss of income that is:

(a) verifiable by **us**; and

(b) owed to a rental company because:

(1) the rental company had a customer willing to rent a **private passenger auto**; and

(2) there was no other vehicle available for rental in place of the damaged rented auto.

b) **We** will not pay for **loss** involving a **private passenger auto** rented or leased by anyone for or on behalf of the employer of an **insured**.

# Coverage Exclusions

**We** will not pay for **loss**:

1. To more than one:

a) recording tape;

b) compact disc; or

c) other recording media.

2. To a container to be used for storing or carrying:

a) recording tapes;

b) compact discs; or

c) other recording media.

3. To any device which is a:

a) tape player;

b) compact disc player or recorder;

c) digital video disc player or recorder;

d) video cassette player or recorder;

e) television;

f) electronic navigational system;

g) citizens band radio;

h) two-way mobile radio;

i) telephone; or

j) any other device which records, emits, amplifies, receives and/or transmits sound, pictures, or data.

However, this exclusion (3.) does not apply:

a) to such a device, its antenna or its other parts or accessories if permanently installed by the original manufacturer or new car dealer as part of the purchase agreement for the vehicle; or

b) up to the first $1,500 of the actual cash value of any and all such devices, antennas, or other parts and accessories that are permanently installed but that were not a part of the new car purchase agreement for the vehicle. However, payment under this subpart b) shall not exceed the actual cash value of the insured vehicle in which the devices are installed.

Permanently installed means installed using bolts, brackets, or welding in a location designated by an auto manufacturer for such a device. A device attached only by wires is not "permanently installed." No coverage will be provided for any item that is not permanently installed. No coverage will be provided for the devices designed to detect or deter speed monitoring equipment excluded in exclusion 4. below, whether permanently installed or not.

4. To scanning monitor receivers used for radar detection, or any other device designed to detect or deter the monitoring of speed.

5. To a camper or living quarters unit which can be mounted on or attached to a vehicle. **We** will pay the **loss** if:

DEFENDANT 00113

A1001CO (11-11)

a) the unit is reported to **us**; and

b) the required premium is paid;

before the **loss**.

6. Caused by and limited to:

a) wear and tear;

b) freezing;

c) mechanical or electrical breakdown or failure; or

d) road damage to tires.

This exclusion (6.) does not apply if the damage results from the total theft of **your auto** or any other **motor vehicle**.

7. To any **motor vehicle** while used:

a) to carry persons or property for a fee or compensation; or

b) on a regular basis for retail or wholesale delivery, including but not limited to pizza, magazine, newspaper and mail delivery.

Exclusion 7.a) does not apply to **motor vehicles** used in shared-expense car pools.

8. To any **motor vehicle** due to an act of war, including insurrection, rebellion or revolution.

9. To any **motor vehicle** which occurs:

a) while it is being used on a temporary or permanent basis, for the transportation of, or in exchange for, any illegal substance, or in connection with any criminal trade or transaction by:

(1) **you**;

(2) a **relative**; or

(3) anyone else with **your** knowledge or permission; or

b) due to confiscation of **your auto** by any law enforcement agency because of **your auto's** use in such activities.

10. To **your auto** while rented or leased to others.

11. To any **motor vehicle**:

a) while used in an organized competitive event, including but not limited to:

(1) racing contest or event; or

(2) speed contest or event; or

(3) in practice or preparation for any prearranged, or organized racing or speed contest or event.

b) while used in **Performance Testing** that is done on a closed road, or a race track, or a testing facility environment where the **insured** is not competing.

**Performance Testing** is when an **insured** uses any **motor vehicle** to test its performance in speed, handling, or driver skills.

12. Caused intentionally by or at the direction of **you** or a **relative**, including willful acts the result of which that person knows or ought to know will follow from their conduct.

13. To **your auto** or any other **motor vehicle** for diminution in value or depreciation.

14. Caused by or resulting from nuclear hazard, meaning any:

a) nuclear reaction;

b) nuclear discharge;

c) radiation; or

d) radioactive contamination;

whether controlled or uncontrolled or however caused, or as a consequence of any of these. **Loss** caused by nuclear hazard is not considered **loss** caused by fire, smoke or explosion.

15. Caused directly or indirectly by **biological deterioration or damage**. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.

16. To **customization**, other than original equipment from the manufacturer, in or upon **your motor vehicle**. However, this exclusion does not apply up to the first $1,500 of **customization**.

17. To any **motor vehicle** which **you** or a **relative**:

a) uses without a reasonable belief of being entitled to do so;

b) has stolen; or

c) knows to have been stolen.

**You** or a **relative** shall not be held to have a reasonable belief of being entitled to operate a **motor vehicle** if that person's license has been suspended, revoked, or never issued.

This exclusion does not apply to the use of **your auto** by:

a) **you**;

b) a **relative**; or

c) a partner, employee, or agent of **you** or a **relative**.

DEFENDANT 00114

A1001CO (11-11)

# Limits and Conditions of Payment

## ACTUAL CASH VALUE

The limit of **our** coverage is the actual cash value of **your auto** or its damaged parts at the time of **loss**. To determine actual cash value, **we** will consider:

1. fair market value;
2. age;
3. condition of the property; and
4. **betterment**;

    at the time of **loss**. If a repair or replacement results in **betterment**, **we** will not pay for the amount of **betterment**. In addition to **our** payment of the **loss**, necessary and reasonable towing and storage will be paid to protect the auto from further damage. Covered storage costs are not to exceed four days of storage charges incurred prior to the date **you** report the **loss** to **us**.

    The limit of coverage shall not be increased for **customization** unless such **customization** has been specifically declared to **us** and an additional charge is paid.

## LOSS SETTLEMENT

At **our** option, **we** may:

1. pay **you** directly for a **loss**;
2. pay to repair or replace **your auto** or its damaged parts with the parts furnished either by original equipment manufacturers or non-original equipment manufacturers.
3. return stolen property at **our** expense and pay for any damage.

If there was a prior **loss** to **your auto** that **we** paid, **we** will deduct an appropriate amount from **our** payment of any subsequent **loss** to that same auto unless **you** provide proof that the prior damage was repaired.

## APPRAISAL

Both the **policyholder** and **we** may demand appraisal of the **loss**.

Each will:

1. Appoint and pay a competent and disinterested appraiser; and
2. equally share other appraisal expenses.

Any fees of expert witnesses or attorneys will be paid by the party who hires them.

The appraisers, or a judge of a court having jurisdiction, will select an umpire to decide any differences.

Each appraiser will state separately the actual cash value and the amount of **loss**.

An award in writing by any two appraisers will determine the amount payable.

## OTHER INSURANCE

If **you** have other insurance that covers any **loss**, **we** will pay only **our** share of the **loss**. **Our** share is **our** proportion of the total insurance collectible for the **loss**. For **loss** to **motor vehicles** other than **your auto**, **we** will pay only the insured **loss** not covered by other insurance or self-insurance.

# Coverage Condition

## AUTO RECOVERY

When an insured auto which has been stolen or abandoned is located, **we** have the right to take it into **our** care to keep it safe.

# Loss Payable Clause

This clause applies to the Comprehensive and Collision coverages provided by this policy. It protects the lienholder named in the policy Declarations.

Payment for **loss** will be made according to the interest of the **policyholder** and lienholder. At **our** option, payment may be made to both jointly, or to either separately. Either way, **the company** will protect the interests of both.

Protection of the lienholder's financial interest will not be affected by any change in ownership of the vehicle insured, nor by any act or omission by any person entitled to coverage under this policy.

However, protection under this clause does not apply:

1. In any case of:
    a) fraud;
    b) misrepresentation, either in the application process, or in the presentation of a claim;
    c) material omission;
    d) conversion;
    e) embezzlement;
    f) secretion; or
    g) willful damaging or destruction of **your auto**;

        committed by or at the direction of **you** or a **relative**.

2. To the **loss** of **your auto** while it is being used by **you**, a **relative**, or any person with **your** permission on a temporary or permanent basis, for the transportation of, or in exchange for, any illegal substance, or in connection with any criminal trade or transaction.

P4

DEFENDANT 00115

A1001CO (11-11)

3. Where the **loss** is otherwise not covered under the terms of this policy.

**We** will protect the lienholder's interest for 10 days from the date **we** notify them that the policy has terminated, for any reason. If **we** pay the lienholder for any **loss** or damage suffered during that 10-day period, **we** have the right to recover the amount of any such payment from **you**.

**The company** will not notify the lienholder each time **you** renew this policy, and **we** may cancel this policy according to the terms. **The company** will also notify the lienholder if coverage under the policy is excluded for any named driver.

The lienholder shall notify **the company** upon learning of any change in ownership of the vehicle.

To the extent of payment to the lienholder, **the company** will be entitled to the lienholder's rights of recovery. **The company** will do nothing to impair the right of the lienholder to recover the full amount of its claim.

IF **WE** BECOME OBLIGATED TO REIMBURSE A LIENHOLDER UNDER THIS COVERAGE DUE TO **YOUR** FAILURE TO MEET THE POLICY REQUIREMENTS OR THROUGH **YOUR** FAILING TO MAKE **YOUR** PREMIUM PAYMENTS, **WE** HAVE THE RIGHT TO RECOVER FROM **YOU** ANY MONEY **WE** PAY.

DEFENDANT 00116

A1001CO (11-11)

 # General Policy Conditions

**We**, **you**, and anyone insured by this policy must do certain things in order for the provisions of the policy to apply. The following are policy conditions:

1. **HOW YOUR POLICY MAY BE CHANGED**

   a) Any terms of this policy which may be in conflict with statutes of the state in which the policy is issued are hereby amended to conform.

   b) Any **insured** will automatically have the benefit of any extension or broadening of coverage in this policy, as of the effective date of the change, provided it does not require more premium.

   c) No other changes may be made in the terms of this policy except by endorsement or policy revision.

   d) The premium for each coverage is based on information in **our** possession. Any change or correction in this information will allow **us** to make an adjustment of the premium as of the date the change is effective.

   e) The **policyholder** has a duty to notify **us** as soon as possible of any change which may affect the premium or the risk under this policy. This includes, but is not limited to, changes in:

      (1) the principal garaging address of the insured vehicle(s), which must be reported to **us** within 30 days of the date the address change becomes effective;

      (2) drivers;

      (3) use of the insured vehicle(s);

      (4) desired coverages, **deductibles**, or limits; or

      (5) ownership.

2. **OPTIONAL PAYMENT OF PREMIUM IN INSTALLMENTS**

   The **policyholder** may pay the premium for this policy in installments, under terms and conditions approved where required by the Department of Insurance. For each separate installment payment there is an installment service charge. **Your** agent can provide more information.

3. **RENEWAL**

   This policy is written for the period of time shown on the Declarations. **We** will renew it for successive policy periods, subject to the following conditions:

   a) Renewal will be in accordance with policy forms, rules, rates, fees, and rating plans in use by **us** at the time.

   b) All premiums, premium installment payments, and fees must be paid when due, whether payable directly to **us** or through any premium finance plan.

   c) Prior to the expiration of a policy term for which premium has been paid, **we** will mail a notice to the **policyholder** for the premium required to renew or maintain the policy in effect. **We** will mail this notice to the address last known to **us**.

4. **NON-RENEWAL**

   a) At the end of each policy period after the effective date of the policy, **we** will have the right to refuse to renew the entire policy or any of its coverages.

   b) If **we** elect not to renew, **we** will mail or deliver written notice to the **policyholder** 30 days in advance of the date **our** action will take effect. Mailing of this notice to the last known address or delivery of it to the **policyholder** will be considered proof of notice.

   c) For non-payment of premium, coverage will terminate at the end of the last policy period for which premium was paid.

5. **CANCELLATION DURING POLICY PERIOD**

   a) Any named **insured** may cancel this policy or any of its coverages by mailing notice to **us** of the future date of cancellation desired. **We** will calculate any returned premium according to the rules, rates, fees and forms in effect and on file if required, for **our** use in **your** state.

   b) Up to the time this policy or any coverage has been in effect 60 days, **we** may cancel for any reason allowed by law. **We** may cancel by mailing notice to the **policyholder** 10 days prior to the effective date of cancellation, unless **we** are canceling for non-payment of premium. To cancel for nonpayment, **we** will mail notice to the **policyholder** 10 days in advance of the termination of coverage. While the date **we** mail this notice must be within the 60 days, the effective date of cancellation need not be.

   c) After any coverage of this policy has been in force 60 days, **our** right to cancel such coverage during the policy period is limited.

DEFENDANT 00117

A1001CO (11-11)

(1) **We** may cancel for any of the following reasons:

   (a) If all premiums, premium installment payments, and fees are not paid when due, whether payable directly to **us** or through any premium finance plan.

   (b) If **you** or anyone who lives in **your** household or who customarily operates a **motor vehicle** covered by **your** policy has his or her driver's license suspended or revoked during the policy period.

   (c) If an applicant knowingly made false statement on the application for insurance

(2) **We** must mail or deliver notice to the **policyholder** 30 days prior to the effective date of cancellation, unless **we** are canceling for nonpayment of premium.

   To cancel for nonpayment, **we** will mail or deliver notice to the **policyholder** 10 days prior to the termination of coverage.

d) In any case of cancellation by **us** under items b) or c) above, **our** mailing of notice to the **policyholder's** last known address will constitute proof of notice as of the date **we** mail it. **We** will retain premium for days covered during the policy period.

e) Premium refund, if any due, will be made as soon as practicable after the date of cancellation. Mailing or delivery of **our** check will constitute tender of refund.

6. **ASSIGNABILITY**

No interest in this policy can be transferred without **our** written consent. However, if the **policyholder** dies, coverage will stay in force for the rest of the policy period for:

1. Anyone having proper temporary custody of **your auto**; and
2. The appointed legal representative.

7. **DIVIDENDS**

The **policyholder** is entitled to any dividends which are declared by the Board of Directors and are applicable to coverages in this policy.

8. **IF YOU BECOME BANKRUPT**

Bankruptcy or insolvency of any **insured** will not relieve **us** of any obligation under the terms of this policy.

9. **FRAUD AND MISREPRESENTATION**

a) THIS POLICY WAS ISSUED IN RELIANCE ON THE INFORMATION **YOU** PROVIDED AT THE TIME OF **YOUR** APPLICATION FOR INSURANCE COVERAGE. **WE** MAY VOID THIS POLICY, DENY COVERAGE UNDER THIS POLICY, OR, AT **OUR** ELECTION, ASSERT ANY OTHER REMEDY AVAILABLE UNDER APPLICABLE LAW, IF **YOU**, OR ANY INSURED PERSON SEEKING COVERAGE UNDER THIS POLICY, KNOWINGLY CONCEALED, MISREPRESENTED OR OMITTED ANY MATERIAL FACT OR ENGAGED IN FRAUDULENT CONDUCT AT THE TIME THE APPLICATION WAS MADE OR AT ANY TIME DURING THE POLICY PERIOD.

b) **WE** MAY VOID THIS POLICY, DENY COVERAGE FOR AN ACCIDENT OR LOSS, OR AT **OUR** ELECTION, ASSERT ANY OTHER REMEDY AVAILABLE UNDER APPLICABLE LAW, IF ANY INSURED PERSON OR ANY OTHER PERSON SEEKING COVERAGE UNDER THIS POLICY HAS KNOWINGLY CONCEALED OR MISREPRESENTED ANY MATERIAL FACT OR ENGAGED IN FRAUDULENT CONDUCT IN CONNECTION WITH THE FILING OR SETTLEMENT OF ANY CLAIM.

c) IF **WE** VOID THIS POLICY, THIS SHALL NOT AFFECT THE LIABILITY COVERAGE OF THIS POLICY UP TO THE MINIMUM LIMITS REQUIRED BY THE FINANCIAL RESPONSIBILITY LAW OF THE STATE OF COLORADO, IF **WE** HAVE CERTIFIED **YOUR** POLICY AS PROOF OF FINANCIAL RESPONSIBILITY TO THE REGISTRAR OF MOTOR VEHICLES OF THE STATE OF COLORADO, AND IF THE ACCIDENT OCCURS BEFORE **WE** NOTIFY THE NAMED INSURED THAT THE POLICY IS VOID. IF **WE** VOID THIS POLICY, **YOU** MUST REIMBURSE **US** IF **WE** MAKE A PAYMENT.

d) NO PERSON OR ORGANIZATION WHO ENGAGES IN FRAUDULENT CONDUCT IN CONNECTION WITH THE APPLICATION PROCESS, AN ACCIDENT OR FILING A CLAIM, OR ENGAGES IN ANY MATERIAL MISREPRESENTATION REGARDING THE ISSUANCE OF THIS POLICY SHALL BE ENTITLED TO RECEIVE ANY PAYMENT UNDER THIS POLICY AT ANY TIME.

DEFENDANT 00118

A1001CO (11-11)

10. **LEGAL ACTION LIMITATIONS**

No legal action may be brought against **the company** concerning any of the coverages provided in this policy until the **insured** has fully complied with all the terms of the policy.

Under the Auto Liability coverages of this policy, no legal action may be brought against **the company** until judgment against the **insured** has been finally determined after trial. This policy does not give anyone the right to make **us** a party to any action to determine the liability of an **insured**.

Under the Uninsured Motorists-Bodily Injury and Uninsured Motorists – Property Damage coverages of this policy, any legal action against **us** must begin within a certain time period. The proper papers for any action must be filed, within the time limit allowed by law:

a) or death actions if the claim involves death of an **insured**; or

b) for **bodily injury** actions if the claim involves injury to an **insured** but not death; or

c) for **property damage** actions if the claim is for damage to property.

The laws of the state in which the accident occurred will determine these time limits.

11. **SUBROGATION**

**We** have the right of subrogation under the:

a) Physical Damage;

b) Auto Liability;

c) Uninsured Motorists-Bodily Injury; and

d) Uninsured Motorists-Property Damage

coverages in this policy and its endorsements. This means that after paying a loss to **you** or others under this policy, **we** will have the **insured's** right to sue for or otherwise recover such loss from anyone else who may be liable. Also, **we** may require reimbursement from the **insured** out of any settlement or judgment that duplicates **our** payments. These provisions will be applied in accordance with state law. Any **insured** will sign such papers, and do whatever else is necessary, to transfer these rights to **us**, and will do nothing to prejudice them.

12. **NON-SUFFICIENT FUNDS AND LATE PAYMENT CHARGES**

**The company** reserves the right to impose a fee for any premium payment that is unable to be processed due to non-sufficient funds, or if there are non-sufficient funds in an account that is being utilized for electronic funds transfer (EFT) payments, or if the premium is not paid by the due date. This is under the terms and conditions approved where required by the Department of Insurance. If the initial premium payment for this policy is unable to be processed due to non-sufficient funds as indicated above, **we** reserve the right to void the policy back to the date of inception. When **we** void the policy, **we** will not be liable for any claims which occurred during the policy period. This includes any claims reported to **us** prior to receiving notice of the non-sufficient funds payment.

13. **JOINT AND INDIVIDUAL INTERESTS**

If there is more than one person who is a named insured as shown on the Declarations for this policy, any such person may cancel or change this policy. Such action will be binding on any **insured**. If the named insured is an organization as shown on the Declarations for this policy, the sole proprietor or majority shareholder of an organization, or general partner of a family limited partnership, and spouse, if resident of the same household, are deemed to be a named insured.

**MUTUAL POLICY CONDITIONS**

(Applicable only to policies issued by Nationwide Mutual Insurance Company-Nationwide Mutual Fire Insurance Company.)

If this policy is issued by Nationwide Mutual Insurance Company or Nationwide Mutual Fire Insurance Company, the **policyholder** is a member of **the company** issuing the policy while this or any other policy issued by one of these two companies is in force. While a member, the **policyholder** is entitled to one vote only-regardless of the number of policies issued to the **policyholder**-either in person or by proxy at meetings of members of said company.

The annual meeting of members of Nationwide Mutual Insurance Company will be held at the Home Office at Columbus, Ohio, at 10 a.m. on the first Thursday of April. The annual meeting of members of Nationwide Mutual Fire Insurance Company will be held at the Home Office at Columbus, Ohio, at 9:30 a.m. on the first Thursday of April. If the Board of Directors of either of the above companies should elect to change the time or place of meeting, that company will mail notice of the change to the **policyholder** at the address last known to it. **The company** will mail this notice at least 10 days in advance of the meeting date.

This policy is non-assessable, meaning that the **policyholder** is not subject to any assessment beyond the premiums the above companies require for each policy term.

G3

DEFENDANT 00119

A2020 (08-08)

# Extra Coverages

**Please attach this important addition to your auto policy.**

Coverage is subject to all terms and conditions of the policy, except as changed by this endorsement.

When **you** have in effect a Homeowners Insurance Policy (includes Tenants and Condominium) or a Farm Property Coverage Form issued by an affiliated company of Nationwide Mutual Insurance Company (Nationwide), or an affiliated company of Allied Property & Casualty Insurance Company (Allied), covering **your residence premises** or **dwelling**, as defined in the Nationwide or Allied policy, Extra Coverages will apply in accordance with the following provisions:

Unless specified below, boldface terms throughout this endorsement are defined terms in a Nationwide or Allied policy and may be shown in either quotation marks or boldface.

## Emergency Lockout Coverage

**We** will reimburse **you** up to $150 for reasonable expense incurred for the services needed to gain entry into **your auto** or **residence premises** or **dwelling** subject to these conditions:
1. **Your** key (including electronic entry device) has been lost, stolen, disabled or locked in **your auto** or **residence premises** or **dwelling**; or

2. **Your** key (including electronic entry device) has been lost or stolen and **you** have changed the lock to prevent an unauthorized entry.

Original copies of receipts for services must be provided before reimbursement is payable.

For the purposes of this coverage:

**Your auto** shall mean any auto described in the Declarations for which a premium charged indicates either Physical Damage Coverage or Auto Liability Coverage applies.

**Residence premises** or **dwelling** shall mean the **dwelling** insured under **your** Homeowners Insurance Policy or a Farm Property Coverage Form.

## Special Deductible Provision

In the event of a covered loss, the following Special Deductible Provisions will apply:
1. When **your residence premises** or **dwelling** is a total fire loss, as determined by **us**, the **residence premises** or **dwelling** deductible will be waived, up to $5000; or

2. If the same event results in a covered **loss** to two or more Nationwide or Allied policies insuring:
   a) **your auto** covered under Your Auto Policy;
   b) property covered under **your** Homeowners Insurance Policy;
   c) a recreational vehicle covered under Your Recreational Vehicle Insurance Policy;
   d) a watercraft covered under Your Pleasure Boatowners Insurance Policy; or
   e) a Farm policy covering the **dwelling**, as defined in **your** Farm Property Coverage Form;

   the highest **deductible** applicable shall apply only once to all covered **losses**. **We** will adjust each **loss** separately under the policies, including the application of any **deductible**. If the combined **loss** or damage exceeds the higher of the applicable **deductibles**, **we** will then reimburse **you** for the lesser **deductible** amount.

    Copyright © 2005, 2006 Nationwide Mutual Insurance Company.
All Rights Reserved

DEFENDANT 00120

This provision applies only if the combined **loss** or damage exceeds the higher of the applicable **deductibles**.

The application of this Special Deductible Provision shall not serve to reduce **your** recovery to less than the amount **you** would have received under individual policies or other deductible provisions.

For the purpose of this coverage **your auto** shall mean any auto described in the Declarations for which a premium charge indicates Physical Damage Coverage applies.

### Air Bag Replacement Coverage

**We** will pay for reasonable expenses incurred in replacing an air bag in **your auto** that deploys without the auto being involved in a **loss**.

For the purpose of this coverage **your auto** shall mean any auto described in the Declarations for which a premium charge indicates Physical Damage Coverage applies.

This coverage applies only if **you** submit proper receipts for expenses claimed under this coverage.

### Auto Death Indemnity
In the event of **your** death **we** shall pay the amount of $10,000 in accordance with these provisions:
1.  Death must result directly and independently of all other causes from **bodily injury** caused by accident and sustained by **you** while **occupying your auto**.

2.  **You** must be wearing a seat belt at the time of the accident.

3.  Death must occur within 90 days after the accident

For the purposes of this coverage **your auto** shall mean any auto described in the Declarations for which a premium charge indicates Auto Liability Coverage applies.

**We** will not pay where death results directly or indirectly, wholly or in part, from any of the following causes:
1.  disease, bodily, or mental illness;
2.  medical or surgical treatment for disease, bodily or mental illness;
3.  infection unless it results from visible wounds, which must be the result of the accident;
4.  suicide, whether the deceased was sane or insane;
5.  sensitivity to or overdose of drugs;
6.  voluntarily taking poison or inhaling gas; or
7.  war or an act of war, declared or undeclared, including insurrection, rebellion or revolution.

The following Conditions will apply:
1.  Policy Provisions: None of the Coverage Agreements, Exclusions or Conditions of the policy shall apply to the insurance afforded by this coverage except for the Insuring Agreement and Territory provision and General Policy Conditions entitled, "Fraud and Misrepresentation", "How Your Policy May Be Changed", "Legal Action Limitations" and "Cancellation During Policy Period."

2.  Duties After Loss:
     In case of loss under this coverage, **your** beneficiary, or someone on that person's behalf, will:
     a) give **us** or **our** agent notice as soon as practicable;
     b) give **us** written proof of claim, under oath if required, and as soon as possible; and
     c) authorize **us** to receive medical reports and copies supporting records. **We** have the right and opportunity to make an autopsy where not forbidden by law.

3.  Payment of Death Indemnity: This benefit will be paid to **your** spouse, if a resident of **your** household at the time of the accident; otherwise, it will be paid to **your** estate.

This endorsement applies as stated in the policy Declarations.

The endorsement is issued by the company shown in the Declarations as the issuing company.

  Copyright © 2005, 2006 Nationwide Mutual Insurance Company.
All Rights Reserved

DEFENDANT 00121

A2030 (12-08)

# Roadside Assistance Coverage

**Please attach this important addition to your auto policy.**

The policy is amended to provide Roadside Assistance Coverage.

Coverage is subject to all terms and conditions of the policy, except as changed by this endorsement.

The following term, as defined, applies as used in this coverage.

"ROADSIDE ASSISTANCE REPRESENTATIVE" means **our** contracted vendor that will provide roadside assistance of a disabled vehicle for **you** or a **relative**.

## Coverage Agreement
### ROADSIDE ASSISTANCE
In the event **your auto** or any **private passenger auto you** or a **relative** are **occupying** becomes disabled:

1. **Our roadside assistance representative**, will provide towing service; or

2. **We** will reimburse **you** for towing service;

to a location of **your** choice from the location of disablement subject to the mileage limit shown in the Declarations.

In addition, the following emergency roadside services are covered:

1. Extraction if stuck on or immediately next to a public road;

2. Delivery of supplies, including oil, water, other fluids and fuel;

3. Service to the battery;

4. Changing or inflating of flat tires; and

5. Lockout service, up to $100.

If any covered services are not performed by **our roadside assistance representative**, **we** will only reimburse for reasonable and customary charges, as determined by **us**. Receipts for any of these services must be provided to **us** for consideration of payment.

This endorsement does not cover the cost of supplies, replacement parts, fluids other than two gallons of fuel, or any labor performed at a service or repair facility. A subsequent tow for the same disablement (including from a service station, garage, repair shop, or any other location) is also not covered.

### TRIP INTERRUPTION
If **you** have Roadside Assistance Plus, as shown on the Declarations, **we** will repay **you** certain personal trip interruption expenses. Coverage will apply in the event a **private passenger auto you** or a **relative** are **occupying** becomes disabled at least 100 miles from **your** home residence. The expenses covered are:

1. Meals (excluding alcohol) and lodging needed when the disablement causes a delay en route; and

2. Commercial transportation fares for **you** or a **relative** to continue to the intended destination or home residence.

These expenses must be incurred between the time of disablement and arrival at **your** residence or destination or within 72 hours, whichever comes first. **We** will pay up to a maximum of $500 for covered trip interruption expenses, based on **your** submitted receipts, not to exceed $100 per day for dining and lodging.

DEFENDANT 00122

A2030 (12-08)

# Limits and Conditions of Payment

**LOSS SETTLEMENT**

1. If **your auto** is covered by **us** for Physical Damage (Comprehensive and Collision Coverages), and is disabled as a result of a covered loss, payment will be made under the Physical Damage coverages.  In the event the cost of damages and the tow of **your auto** are below **your deductible**, payment for the tow will be made under this endorsement.

2. No **deductible** applies to Roadside Assistance Coverage.

## OTHER INSURANCE

Any coverage provided under this endorsement will be excess over any other insurance or other sources of recovery. However, if **we** provide coverage under any other endorsements attached to **your** policy, the coverage provided by this endorsement will be primary.

## DUPLICATE PAYMENT

**We** will make no duplicate payment to or for any **insured** for the same element of loss.

This endorsement applies as stated in the policy Declarations.

This endorsement is issued by the company shown in the Declarations as the issuing company.

DEFENDANT 00123

A2000CO (12-15)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

AMENDMENT OF POLICY PROVISIONS

**Please attach this important addition to your auto policy.**

This policy is amended as follows:

**Definitions**

Throughout this policy and attached endorsements, the term "spouse" includes a:

    a)  husband or wife; or

    b)  if unmarried a:

        1)  civil partner by Civil Union or Registered Domestic Partnership filed and recognized by the state; or

        2)  **domestic partner.**

The following definition is added:

    14.  "DOMESTIC PARTNER"  means a person living with **you** and sharing a common domestic life and whose relationship resembles a mutually exclusive partnership such as that of a marriage, and:

        a.  is at least 18 years of age and capable of entering into a legal contract;

        b.  is not a relative; and

        c.  shares with **you** financial interdependence and common residence.

        Evidence of such includes, but is not limited to:

        1)  Joint domestic responsibility for the maintenance of the household.

        2)  Having joint financial obligations, resources or assets.

        3)  Documents such as a driver's license, tax returns or bills showing a common address for both parties.

        4)  Both parties receiving mail at the same address.

        5)  A declaration of domestic partnership with that person or similar declaration about that person with an employer or government entity.

    A **domestic partner** does not include more than one person, a roommate, or housemate whether sharing expenses equally or not or one who pays rent to the **policyholder.**

**Auto Liability – Limits and Conditions of Payment, Agent for Service of Process** is added:

**Agent for Service of Process**

If the **insured's** whereabouts for service of process cannot be determined through reasonable effort, the **insured** agrees to designate and irrevocably appoint **the company** as the agent of the **insured** for service of process, pleadings, or other filings in a civil action brought against the **insured** or to which the **insured** has been joined as a defendant or respondent in any Colorado court if the cause of action concerns an incident for which the **insured** can possibly claim coverage.  Subsequent termination of the insurance policy does not affect the appointment for an incident that occurred when the policy was in effect.  The **insured** agrees that any such civil action may be commenced against the **insured** by the service of process upon **the company** as if personal service had been made directly on the **insured**.  **The company** agrees to forward all communications related to service of process to the last-known e-mail and mailing address of the **policyholder** in order to coordinate any payment of claims or defense of claims that are required.

**Uninsured Motorists – Bodily Injury, Definitions,** 1.f) is added:

f)  one for which the alleged tortfeasor cannot be located for service of process after a reasonable attempt to serve the alleged tortfeasor; and

    1)  service of process on the insurance carrier as authorized by Section 42-7-414 (3), C.R.S., is determined by a court to be insufficient or ineffective after reasonable effort has failed; or

    2)  the report of a law enforcement agency investigating the motor vehicle accident fails to disclose the insurance company covering the alleged tortfeasor's motor vehicle; and

**Copyright © 2009 Nationwide Mutual Insurance Company.**

**All Rights Reserved**

DEFENDANT 00124

A2000CO (12-15)

the alleged tortfeasor's insurance coverage when the incident occurred is not actually known by the person attempting to serve process.

Nothing in this section (4.) voids the alleged tortfeasor's policy if the alleged tortfeasor was actually insured.

**Uninsured Motorists – Bodily Injury, Coverage Exclusions** number 3. is deleted.

**General Policy Conditions, How Your Policy May Be Changed** 1.e) is replaced by the following:

e) The policyholder has a duty to notify us as soon as possible of any change, which may affect the premium or the risk under this policy.  This includes, but is not limited to, changes in:

(1) the principal garaging address of the insured vehicle(s), which must be reported to us within 30 days of the date the address change becomes effective;

(2) drivers;

(3) use of the insured vehicle(s);

(4) desired coverages, deductibles, or limits;

(5) ownership; or

(6) mailing address of the insured, which must be reported to us within 30 days of the date the address change becomes effective.

**General Policy Conditions, Mutual Policy Conditions** is replaced by the following:
**Mutual Policy Conditions**
The following provisions are applicable only to policies issued by Nationwide Mutual Insurance Company or Nationwide Mutual Fire Company.

**Nationwide Mutual Insurance Company (Mutual Policy Conditions)** –If this policy is issued by Nationwide Mutual Insurance Company, the **policyholder** is a member of **the Company** while this policy or any other policy issued by **the Company** is in force.  While a member, the **policyholder** is entitled to one vote only – regardless of the number of policies issued by **the Company** to the **policyholder** – either in person or by proxy at any meeting of the members of **the Company.**

The annual meeting of members of Nationwide Mutual Insurance Company will be held at **the Company**'s home office in Columbus, Ohio, at 10:00 a.m. (Eastern) on the first Thursday of April.  If the Board of Directors of **the Company** should elect to change the time or place of such meeting, **the Company** will mail notice of the change to the member at the address last known to it.  **The Company** will mail this notice at least 10 days in advance of the meeting date.

**Proxy** -- By accepting this policy, the member appoints the Chairman of the Board of Directors of **the Company**, with full power of substitution, to be the member's proxy, and such individual is thereby authorized and empowered to vote on behalf of the member on all matters presented for a vote at any meeting of the members of **the Company**.  The proxy will continue in force for the full duration of this policy or any renewal thereof issued by **the Company** to the member.  This proxy may be revoked at any time by providing written notice of such revocation to:

> Secretary
> Nationwide
> Attention: Proxy Revocation
> One Nationwide Plaza
> Columbus, Ohio 43215

The member may also revoke this proxy in person at any meeting of the members by so announcing in the open meeting before any vote is taken or the proxy authority is exercised.

**Copyright © 2009 Nationwide Mutual Insurance Company.**
**All Rights Reserved**

DEFENDANT 00125

A2000CO (12-15)

The proxy granted to the Chairman of the Board of Directors of **the Company** will be superseded by any other valid proxy filed with the Secretary of **the Company** in accordance with **the Company**'s bylaws, a copy of which will be provided upon written request to the Secretary of **the Company**.

**Nationwide Mutual Fire Insurance Company (Mutual Policy Conditions)** – If this policy is issued by Nationwide Mutual Fire Insurance Company, the **policyholder** is a member of **the Company** while this policy or any other policy issued by **the Company** is in force. While a member, the **policyholder** is entitled to one vote only – regardless of the number of policies issued by **the Company** to the **policyholder**—either in person or by proxy at any meeting of the members of **the Company**.

The annual meeting of members of Nationwide Mutual Fire Insurance Company will be held at **the Company**'s home office in Columbus, Ohio, at 9:30 a.m. (Eastern) on the first Thursday of April. If the Board of Directors of **the Company** should elect to change the time or place of such meeting, **the Company** will mail notice of the change to the member at the address last known to it. **The Company** will mail this notice at least 10 days in advance of the meeting date.

**Proxy** -- By accepting this policy, the member appoints the Chairman of the Board of Directors of **the Company**, with full power of substitution, to be the member's proxy, and such individual is thereby authorized and empowered to vote on behalf of the member on all matters presented for a vote at any meeting of the members of **the Company**. The proxy will continue in force for the full duration of this policy or any renewal thereof issued by **the Company** to the member. This proxy may be revoked at any time by providing written notice of such revocation to:

> Secretary
> Nationwide
> Attention: Proxy Revocation
> One Nationwide Plaza
> Columbus, Ohio 43215

The member may also revoke this proxy in person at any meeting of the members by so announcing in the open meeting before any vote is taken or the proxy authority is exercised.

The proxy granted to the Chairman of the Board of Directors of **the Company** will be superseded by any other valid proxy filed with the Secretary of **the Company** in accordance with **the Company**'s bylaws, a copy of which will be provided upon written request to the Secretary of **the Company**.

All other Provisions of this policy apply.

This policy is issued by the company shown in the Declarations as the issuing company.

Copyright © 2009 Nationwide Mutual Insurance Company.
All Rights Reserved

DEFENDANT 00126

A2006 (07-07)

# *Loss of Use*
# *Comprehensive or Collision Coverages*
## *(Auto Rental -Travel Expense)*

**Please attach this important addition to your auto policy.**

Loss of Use coverage is subject to the provisions of the policy that apply to the Comprehensive and/or Collision coverages. The most **we** will pay under this coverage for all Covered Expenses incurred by all persons as a result of one accident is shown in the Declarations. Coverage applies only if this endorsement was in effect at the time of a covered Comprehensive or Collision **loss**.

Any expense payable under this coverage shall be reduced to the extent it is payable under the Comprehensive coverage of the policy.

## COVERED EXPENSES are:

### AUTO RENTAL EXPENSE

**We** will pay **you** for auto rental expense incurred by **you** or a **relative** if unable to use **your auto** because of a covered Comprehensive or Collision **loss**.

Auto rental expense is the cost of renting one vehicle from a rental agency or garage. Subject to the coverage limit, reimbursement is limited to a maximum daily payment. The coverage limit and daily payment amounts are shown in the Declarations. This expense must be incurred within a certain time period. It begins when **your auto** cannot run due to a covered loss; or if **your auto** can run, when left at a shop for agreed repairs. It continues:

  a)  for 30 consecutive days; or
  b)  until **your auto** is repaired; or
  c)  until a total loss settlement is offered by **us**;

whichever comes first.

### TRAVEL EXPENSE

**We** will also repay **you** for certain expenses incurred by **you** or a **relative** if unable to use **your auto** because of a covered Comprehensive or Collision **loss**. This **loss** must occur more than 50 miles from **your** home residence. The expenses covered are:

1.  Commercial transportation fares for an **insured** to continue to his/her destination or home residence.

2.  Extra meals and lodging needed when the covered **loss** to **your auto** causes a delay en route. The expenses must be incurred between the time of **loss** and the arrival of the **insured** at **your** residence or destination or by the end of the fifth day, whichever occurs first.

3.  Extra meals, lodging, and commercial transportation costs incurred by **you** or a person **you** choose to drive **your auto** from the place of repair to **your** destination or home residence.

This endorsement applies as stated in the policy Declarations.

This endorsement is issued by the company shown in the Declarations as the issuing company.

A2006 (07-07)

Copyright© 2005, 2006 Nationwide Mutual Insurance Company.
All Rights Reserved

DEFENDANT 00127

# Uninsured Motorists Coverage– Property Damage Coverage

**Please attach this important addition to your auto policy.**

With this endorsement, the policy is amended to provide Uninsured Motorists Property Damage coverage. Coverage is subject to all terms and conditions of the policy, except as specifically changed by this endorsement.

## COVERAGE AGREEMENT

**We** will pay for **property damage** caused by collision that **you** or **your** legal representative are legally entitled to recover from the owner or driver of an **uninsured motor vehicle**. Damages must result from an accident arising from the:

1. ownership;

2. maintenance; or

3. use;

of the **uninsured motor vehicle**.

## DEFINITIONS APPLICABLE TO THIS COVERAGE

**Property damage** means the injuring or destruction of:

1. **Your auto.**

2. A **private passenger auto you** do not own, while it is used temporarily in place of **your auto**. **Your auto** must be out of use because of:
   a) breakdown;
   b) repair;
   c) servicing; or
   d) loss.

3. A **private passenger auto** newly acquired by **you**. This applies only during the first 30 days **you** own the vehicle, unless it replaces **your auto.**

4. Any other **private passenger auto** while it is being operated by **you** or a **relative**. However, the vehicle must not be:
   a) owned by **you** or a **relative**; or
   b) furnished to **you** or a **relative** for regular use.

5. **Your** personal property which is contained in the insured **private passenger auto**. This does not include the loss of use of damaged or destroyed property.

In any uninsured motorists claim, **we** will jointly determine with the **insured** or his legal representative whether there is legal right to recover damages, and if so, in what amount. Any judgment against the uninsured of liability or amount of damages will be binding only if it was obtained with **our** written consent.

An **uninsured motor vehicle** is:

1. one for which there is no auto liability insurance at the time of the accident in at least the amounts required by the financial responsibility law where **your auto** is principally garaged.

DEFENDANT 00128

A2013CO (08-08)

2. one for which the insuring company denies coverage or, within two years of the date of the accident, becomes insolvent.

3. a "hit-and-run" **motor vehicle** which causes **property damage** by physical contact with **your auto.**

The driver and the owner of the "hit-and-run" vehicle must be unknown. A report must be made to the police within a reasonable time. **We** must have a sworn statement within 30 days. It must state that the **insured** has a legal action due to the accident. It must include facts to support the action. The **insured** must not be negligent in failing to determine the identity of the "hit-and-run" vehicle, or of its driver or owner. **We** may inspect any vehicle the **insured** was **occupying**.

**We** will not consider as an **uninsured motor vehicle:**
1. **motor vehicles** that are "self-insured" under any law;

2. any **motor vehicle** owned by a government unit or agency;

3. any vehicle while used as a residence or premises; nor

4. any equipment or vehicle designed for use mainly off public roads except while on public roads.

5. any **motor vehicle** insured under the liability coverage of this policy; nor

6. any **motor vehicle** owned or operated by or furnished or available for the regular use of **you** or a **relative**.

## COVERAGE EXCLUSIONS
This coverage does not apply:
1. to any **motor vehicle** while used:
   a) to carry persons or property for a fee or compensation; or
   b) on a regular basis for retail or wholesale delivery, including but not limited to pizza, magazine, newspaper and mail delivery.
   Exclusion 1.a) does not apply to motor vehicles used in shared-expense car pools.

2. if the **insured** or legal representative settles, without **our** written consent, with any liable party.

3. to directly or indirectly benefit any insurer of property.

4. to **property damage** for which the **insured** has been compensated by other insurance.

5. to punitive or exemplary damages.

6. to any **motor vehicle** which **you,** a **relative,** or any **insured:**
   a) uses without a reasonable belief of being entitled to do so;
   b) has stolen; or
   c) knows to have been stolen.
   This exclusion applies to any **insured** that operates or uses a **motor vehicle** in a manner that a reasonable person would determine was unauthorized or beyond the scope of permission given by **you** or a **relative**.

   This exclusion does not apply to the use of any **motor vehicle** by:
   a) **you;**
   b) a **relative;** or
   a partner, employee, or agent of **you** or a **relative**.

## OBLIGATIONS OF THE INSURED
1. In making a claim under this coverage, the **insured** must:
   a) submit written proof of loss to **us** on company forms as soon as practicable. It must be under oath, if required. Proof of loss must be a sworn statement of:
      (1) the interest the **insured** and all others have in the damaged property;

DEFENDANT 00129

    (2)  any encumbrances on it;
    (3)  its cash value at the time of loss;
    (4)  the time, place, cause, and amount of loss; and
    (5)  the kind and amount of all other insurance covering the property.
  b)  provide the name and address of the at-fault operator and any other information to establish the at-fault operator is without motor vehicle liability insurance; and
  c)  make damaged property available for **our** inspection.

2.  After notice of claim, **we** may require the **insured** to take necessary action to preserve his right to recover damages from anyone alleged to be legally liable.

3.  If an **insured** or legal representative brings legal action for **property damage** against any party legally responsible for use of a **motor vehicle** involved in the accident, a copy of the summons and complaint or other process served must be sent to **us** at once.

## LIMITS AND CONDITIONS OF PAYMENT
## AMOUNTS PAYABLE FOR UNINSURED MOTORISTS LOSSES

1.  **Our** obligation to pay for **property damage** caused by collision is limited to the actual cash value or the cost of replacement, whichever is less, of the insured auto or its damaged parts at the time of loss.  The determination of cash value will include consideration of fair market value, age, and condition of the property in question at the time of loss.

2.  The insuring of more than one person or vehicle under this policy does not increase **our** Uninsured Motorists payment limits.  Limits apply to each insured vehicle.  The Uninsured Motorists coverage limits which apply to **your auto** that is involved in the accident are the maximum amount of coverage an **insured** has available under this coverage.  If none of **your autos** are involved in the accident, coverage limits on only one of **your autos**, as stated above, will apply.  Limits on any other vehicle shall not be added to the coverage.

3.  Any amount payable to or for the **insured** under this coverage will be reduced by any sums paid by or for any liable parties.

4.  Any payment under this coverage to or for an **insured** will reduce the amount of damages the **insured** may be entitled to recover under the Property Damage Liability coverage of this policy.

5.  Any payment to the **insured** under this coverage will be reduced by any amount paid or payable under any Physical Damage coverage of this policy.

## OTHER INSURANCE

1.  If **you** have other insurance for **property damage** incurred by an **insured** while **occupying** a **motor vehicle you** do not own, **we** will pay the insured loss not covered by other insurance, but only up to the amount of difference between limits under this coverage and limits provided by the other insurance

2.  Except as stated in the preceding paragraph, in any occurrence in which other insurance similar to that provided in this coverage is available under a policy issued by another company, **we** will be liable for only **our** proportional share of the loss.  This share will be determined by **our** proportion of the total insurance available.  Total damages in any such occurrence will be considered not to exceed the highest limits available in any one of all policies applicable.

This endorsement applies as stated in the policy Declarations.

This endorsement is issued by the company shown in the Declarations as the issuing company

 **Copyright © 2005, 2006 Nationwide Mutual Insurance Company.**
**All Rights Reserved**

DEFENDANT 00130